```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

JOSEPH K. MOEN, SR.,                : CIVIL ACTION   14-4202

    VS.                              :

                                                                 :

TRANS UNION, LLC, ET, AL.,

## **NOTICE**

AND NOW, this 20TH day of OCTOBER, 2014, it is Ordered that this matter is **SCHEDULED** for a RULE 16 CONFERENCE in chambers before the Honorable J. Curtis Joyner, on, **NOVEMBER 4, 2014 at 10:30AM** in Room 17614 - 17TH FLOOR.

PS: If counsel is not available at this time and wish to reschedule or change this to a telephone conference - that party shall contact the Deputy Clerk (267-299-7419) and coordinate a new date and time for all parties. Plaintiff is to notify all parties of this conference.

    ATTEST:                         or     BY THE COURT


BY: S/SHARON CARTER            _____
    SHARON CARTER                  Judge
    Deputy Clerk
Civ 12 (9/83)